UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JANESKY GERMOSEN,

                        Petitioner,

            Vs
                                              9:06-CV-561

T.R. CRAIG,

                        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

JANESKY GERMOSEN
Petitioner, Pro Se
555558-054
fci Otisville
PO Box 1000
Otisville, NY 10963

HON. ANDREW T. BAXTER               CHARLES E. ROBERTS, ESQ.
Acting United States Attorney              Assistant U.S. Attorney
   for the Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165


DAVID N. HURD
United States District Judge

## O R D E R

       Petitioner, Janesky Germosen, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  By Report-Recommendation dated September 3, 2008, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the petition in this matter be denied and dismissed, and further, that a certificate of appealability not issue.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in all respects. A Certificate of appealability will not be issued.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   September 23, 2008
         Utica, New York.